NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONWIDE SALES AND SERVICES INC., IMIG, INC.,**
*Plaintiffs-Appellants*

**v.**

**STEEL CITY VACUUM COMPANY,**
*Defendant-Appellee*

---

2018-2116

---

Appeal from the United States District Court for the Eastern District of New York in No. 2:16-cv-06223-DRH-GRB, Judge Denis R. Hurley.

---

**JUDGMENT**

---

WILLIAM DUNNEGAN, Dunnegan & Scileppi LLC, New York, NY, argued for plaintiffs-appellants. Also represented by LAURA SCILEPPI; GERARD F. DUNNE, Law Office of Gerard F. Dunne, P.C., New York, NY.

GERARD M. DONOVAN, Reed Smith LLP, Washington, DC, argued for defendant-appellee. Also represented by KIRSTEN RYDSTROM, Pittsburgh, PA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 20, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court